~~SECRET~~ Ordered Unsealed on 8/4/2008

FILED

2008 JUL 30 PM 2:58

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

'08 CR 2531    BEN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 18, U.S.C., Secs. 922(a)(1)(A) and 924(a)(1)(D) - Dealing Firearms Without a License; Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(2) - Felon In Possession of a Firearm; Title 26, U.S.C., Secs. 5845, 5861(d), and 5871 - Unlawful Possession or Receipt of Unregistered Firearm |
| GENTRY ADAMS (1), ) KYLE SEAN CHAPMAN (2), ) | |
| Defendants. ) | |

The grand jury charges:

Count 1

On or about January 23, 2008 through on or about May 1, 2008, within the Southern District of California, defendant GENTRY ADAMS did knowingly and unlawfully engage in the business of dealing in firearms, to wit:

(1) a Ruger .357 caliber revolver, model Security-Six, serial number 15806986;

(2) a 12-gauge Western Field shotgun, model M-550 AR (bearing no serial number due to pre-1968 manufacture);

//

GVN:nlv(1):San Diego
7/29/08

1  (3) a SKS assault rifle of Yugoslavian manufacture;
2  (4) a fully automatic Sten gun;
3  (5) a Mossberg, 12-gauge shotgun, model 500AG, serial
4      number H872977, with a barrel less than 18 inches in length
5      and an overall length of less than 26 inches;
6  (6) a Grendel, Inc., .380 caliber pistol, Model P-12, serial
7      number 9514;
8  (7) a Remington .308 caliber rifle, model 742, serial
9      number 210998;
10 (8) a Strum Ruger .223 caliber rifle, model Mini-14, serial
11     number 580-199-49; and
12 (9) a Glock .40 caliber pistol, model 22, serial number RH057US,
13 without being licensed to do so under the provisions of Chapter 44,
14 Title 18, United States Code; in violation of Title 18, United States
15 Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

### Count 2

On or about January 23, 2008, within the Southern District of California, defendant GENTRY ADAMS, being a person who had been previously convicted in a court, that is, the Superior Court of California, County of Riverside, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about January 26, 2000, of First Degree Burglary, in violation of Penal Code 459, and, on or about September 5, 2002, of Second Degree Burglary, in violation of Penal Code 459, did knowingly and unlawfully possess in and affecting commerce, a firearm, to wit: a Ruger .357 caliber revolver, model Security-Six, serial number 15806986; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

//

## Count 3

On or about January 29, 2008, within the Southern District of California, defendant GENTRY ADAMS, being a person who had been previously convicted in a court, that is, the Superior Court of California, County of Riverside, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about January 26, 2000, of First Degree Burglary, in violation of Penal Code 459, and, on or about September 5, 2002, of Second Degree Burglary, in violation of Penal Code 459, did knowingly and unlawfully possess in and affecting commerce, a firearm, to wit: a 12-gauge Western Field shotgun, model M-550 AR (bearing no serial number due to pre-1968 manufacture); in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 4

On or about January 29, 2008, within the Southern District of California, defendant KYLE SEAN CHAPMAN, being a person who had been previously convicted in a court, that is, the 228th District Court of Texas, in the City of Houston, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about November 9, 1993, of Second Degree Robbery, in violation of Penal Code 29.02, and, in the Superior Court of California, County of San Diego, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about July 30, 2001, of Grand Theft, in violation of Penal Code 487(A), did knowingly and unlawfully possess in and affecting commerce, a firearm, to wit: a 12-gauge Western Field shotgun, model M-550 AR (with no serial number due to the firearm's pre-1968 manufacture); in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Count 5

On or about February 8, 2008, within the Southern District of California, defendant GENTRY ADAMS, being a person who had been previously convicted in a court, that is, the Superior Court of California, County of Riverside, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about January 26, 2000, of First Degree Burglary, in violation of Penal Code 459, and, on or about September 5, 2002, of Second Degree Burglary, in violation of Penal Code 459, did knowingly and unlawfully possess in and affecting commerce, a firearm, to wit: a SKS assault rifle of Yugoslavian manufacture; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Count 6

On or about February 8, 2008, within the Southern District of California, defendant KYLE SEAN CHAPMAN, being a person who had been previously convicted in a court, that is, the 228th District Court of Texas, in the City of Houston, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about November 9, 1993, of Second Degree Robbery, in violation of Penal Code 29.02, and, in the Superior Court of California, County of San Diego, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about July 30, 2001, of Grand Theft, in violation of Penal Code 487(A), did knowingly and unlawfully possess in and affecting commerce, a firearm, to wit: a SKS assault rifle of Yugoslavian manufacture; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

//
//

## Count 7

On or about February 14, 2008, within the Southern District of California, defendant GENTRY ADAMS, did knowingly receive and possess a firearm, to wit: a fully automatic Sten gun, which had not been registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5845, 5861(d), and 5871.

## Count 8

On or about February 14, 2008, within the Southern District of California, defendant GENTRY ADAMS, being a person who had been previously convicted in a court, that is, the Superior Court of California, County of Riverside, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about January 26, 2000, of First Degree Burglary, in violation of Penal Code 459, and, on or about September 5, 2002, of Second Degree Burglary, in violation of Penal Code 459, did knowingly and unlawfully possess in and affecting commerce, a firearm, to wit: a fully automatic Sten gun; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 9

On or about April 22, 2008, within the Southern District of California, defendant GENTRY ADAMS, did knowingly receive and possess a firearm, to wit: a Mossberg, 12-gauge shotgun, model 500AG, serial number H872977, with a barrel less than 18 inches in length and an overall length of less than 26 inches, which had not been registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5845, 5861(d), and 5871.

//

<u>Count 10</u>

On or about April 22, 2008, within the Southern District of California, defendant GENTRY ADAMS, being a person who had been previously convicted in a court, that is, the Superior Court of California, County of Riverside, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about January 26, 2000, of First Degree Burglary, in violation of Penal Code 459, and, on or about September 5, 2002, of Second Degree Burglary, in violation of Penal Code 459, did knowingly and unlawfully possess in and affecting commerce, a firearm, to wit: (1) a Mossberg, 12-gauge shotgun, model 500AG,, serial number H872977, with a barrel less than 18 inches in length and an overall length of less than 26 inches, and (2) a Grendel, Inc., .380 caliber pistol, Model P-12, bearing serial number 9514; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

<u>Count 11</u>

On or about May 1, 2008, within the Southern District of California, defendant, GENTRY ADAMS, being a person who had been previously convicted in a court, that is, the Superior Court of California, County of Riverside, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about January 26, 2000, of First Degree Burglary, in violation of Penal Code 459, and, on or about September 5, 2002, of Second Degree Burglary, in violation of Penal Code 459, did knowingly and unlawfully possess in and affecting commerce, a firearm, to wit: (1) a Remington .308 caliber rifle, model 742, serial number 210998, (2) a Strum Ruger .223 caliber

//

//

rifle, model Mini-14, serial number 580-199-49, and (3) a Glock .40 caliber pistol, model 22, serial number RH057US; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: July 30, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
GREGORY F. NOONAN
Assistant U.S. Attorney

7