Honorable Ruben B. Brooks

FED DEF: D. Burstein

PAGE - 11

AUSA: Greg Noonan

PTS: _____

INT: _____

==================================================================

| | Defendant | Booking # | Attorney | PH SET FOR |
|---|---|---|---|---|

**23) 08CR2531BEN**

==================================================================

DOA 07/31/08  GENTRY ADAMS (1) (C) (I SE) 10492298        Fed. Def. S/A (APP)  prov. u/3006(a)(2)
             KYLE SEAN CHAPMAN (2) (C) (I SE) 10491298        FDSLA - Charles Rees  N/A Apptd
                    MH/TS SET FOR 9/22/08 @ 2:00PM B4 "BEN"

F/A 08/04/08
DFT(S) INFORMED OF CHARGES
**NUMEROUS - SEE INDICTMENT**

Arr + PLNG
Gvt's oral mot to
unseal "1" -
Granted.

239-9300
prov u/3006(a)(2)

Fin Afdt to be fld by:
8/7/08    (#1)
8/12/08   (#12)

BOND SET AT
(#1) no bail
Det hrg set
8/7/08
@ 10am
(Night)

(#2) $35,000 PE

ARR ON INDICTMENT
Tape #: 1146 - 1155

( 11 min )

" SECRET "

RECEIVED IN
DOCKETING

AUG 6 2008