UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE PERRY, JR., a minor by and through his guardian ad litem, Justine Perry,<br><br>          Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA AND DOES 1 through 20,<br><br>          Defendants. | Civil No.07cv1284-BEN (NLS)<br><br>**ORDER SETTING *IN PERSON* STATUS CONFERENCE RE: SETTLEMENT** |

The Court was scheduled to conduct telephonic status conferences with counsel on August 4, 2008 to discuss ongoing settlement issues in this case. The Court was unable to conduct the conferences, however Plaintiff's counsel expressed to the Court, as well as opposing counsel, her client's desire for the Court to schedule an in person conference regarding concerns her client has with details of the proposed structured settlement currently being negotiated. The Court agrees that an in person conference to discuss these issues would be constructive.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Counsel are ordered to appear **in person** on *September 15, 2008* at *9:30 a.m.* before Magistrate Judge Stormes for a status conference re: settlement.

2. The parties' choice of structured settlement experts and/or advising trust attorneys may participate in the conference as well. Experts and/or advising attorneys who plan to appear for the conference must be identified in writing and disclosed to opposing counsel

1  and the Court no later than ***September 1, 2008***.

2  3. Plaintiff's counsel shall prepare a letter brief explaining in detail the concerns that her client has with the proposed structured settlement and serve the brief on opposing counsel and the Court no later than ***August 22, 2008***.  Defense counsel may prepare a responsive letter brief, to be served no later than ***August 29, 2008***.

**IT IS SO ORDERED.**

DATED: August 6, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge