*Unsealed per 8/4/08 order KMA*

~~SECRET~~

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

#1549153

UNITED STATES OF AMERICA

V.                                             **WARRANT FOR ARREST**

Kyle Sean Chapman

CASE NUMBER: 08cr2531-BEN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Kyle Sean Chapman_____
                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18 USC 922 (g)(1) and 924 (a)(2)

In violation of Title ___See Above___ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.                       Clerk of the Court
Name of Issuing Officer                       Title of Issuing Officer

[signature]                                   7/30/2008 San Diego, CA
Signature of Deputy                           Date and Location

*RECEIVED 2008 JUL 30 P 4 07 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA*

Bail fixed at $ ___No Bail___ by ___The Honorable Jan M. Adler___
                                         Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _9582 Fermi Ave., San Diego, CA 92123_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 07-30-08 | B.D. Jacobson, SA ATF | [signature] |
| DATE OF ARREST 07-31-08 | | |

CLASS II 'J'                    ATF                    5214