1  **CHARLES L. REES**
   California Bar No. 200682
2  **LAW OFFICES OF CHARLES L. REES**
   424 F Street, Suite D
3  San Diego, California  92101
   Telephone:  (619) 239-9300
4  Fax: (619) 702-5415
   Email: charleslrees@yahoo.com
5
   Attorney for **Mr. Kyle Sean Chapman**
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    SOUTHERN DISTRICT OF CALIFORNIA
10
                    **(HONORABLE ROGER T. BENITEZ)**
11
   UNITED STATES OF AMERICA,        )   Criminal No. 08CR2531BEN
12                                  )
              Plaintiff,            )   Date:   September 22, 2008
13                                  )   Time:   2:00 P.M.
              v.                    )
14                                  )
   KYLE SEAN CHAPMAN (2)            )   **NOTICE OF JOINDER AND JOINDER**
15                                  )   **IN CO-DEFENDANT'S MOTIONS (Doc.**
                                    )   **No. 18)**
16            Defendant.            )
                                    )
17  _____)

18
   TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
19         GREGORY F. NOONAN, ASSISTANT UNITED STATES ATTORNEY.

20
          Pursuant to Criminal Local Rule 47.1(d), KYLE SEAN CHAPMAN, by and through his
21
   attorney, CHARLES L. REES, makes the following motion.
22
   //
23
   //
24
   //
25
   //
26
   //
27

28

                                    1                              08CR2531BEN

## MOTION TO JOIN CO-DEFENDANT'S MOTIONS

KYLE SEAN CHAPMAN, by and through his attorney, CHARLES L. REES, pursuant to Criminal Local Rule 47.1(d), respectfully requests to join in the motions filed by co-defendant Gentry Adams, by and through his attorney Andrew Lah, on September 8, 2008 (Document 18):

**(1) Motion to Compel Discovery and Preserve Evidence; and**

**(2) Grant Leave to File Further Motions**

Respectfully submitted,

Dated: September 8, 2008        /s/**CHARLES L. REES**
                                Attorney for Mr. Kyle Sean Chapman

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

Counsel for Defendant Kyle Sean Chapman hereby certifies that on this date copies of the attached motion were served on the following individuals:

1) Gregory F. Noonan, AUSA

2) Andrew Lah, Esq.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on September 8, 2008, at San Diego, California.

/s/ Charles L. Rees
Charles L. Rees