1  Thomas J. Warwick, Jr.
   California State Bar No. 56200
2  2664 Fourth Avenue
   San Diego, CA 92103-6515
3  Telephone: (619) 232-0600

4

5  Attorney for Defendant
   KYLE SEAN CHAPMAN
6

7

8  **UNITED STATES DISTRICT COURT**

9  **SOUTHERN DISTRICT OF CALIFORNIA**

10  **(HON. ROGER T. BENITEZ)**

11  UNITED STATES OF AMERICA,    )    Criminal No. 08CR02531-BEN-1
                                 )
12       Plaintiff,              )    **STIPULATED MOTION TO**
                                 )    **CONTINUE PSYCHIATRIC REPORT**
13  v.                           )    **HEARING**
                                 )
14  KYLE SEAN CHAPMAN            )
                                 )
15       Defendant.              )
                                 )
16

17       The Defendant, KYLE SEAN CHAPMAN, by and through his attorney, Thomas J. Warwick, Jr., and the plaintiff, United States of America, hereby respectfully request that the Court find as follows:

        1.   Counsel has just been substituted in as attorney of record.

        2.   Former defense counsel, Mr. Charles Rees, has indicated that he will turn over Mr. Chapman's file when the substitution of attorney order is signed.

        3.   Assistant U.S. Attorney Gregory Noonan has indicated he is not opposed to a 1-2 week continuance.

24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1      4.     Mr.Chapman is in custody.

2      5.     For the reasons set forth above, Defendant Chapman requests a continuance of the psychiatric report hearing to April 13, 2009, at 9:00 a.m.

Respectfully submitted,

Dated: April 7, 2009     s/Thomas J. Warwick, Jr.
THOMAS J. WARWICK, JR.
Attorney for Defendant
KYLE SEAN CHAPMAN

Dated: April 7, 2009     s/Gregory F. Noonan
GREGORY F. NOONAN
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA