```
KAREN P. HEWITT
United States Attorney
GREGORY F. NOONAN
Assistant U.S. Attorney
California State Bar No. 257469
United States Courthouse
880 Front Street, Room 6293
San Diego, California  92101-8893
Telephone: (619) 557-5790

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.  08CR2531-BEN |
| ) | |
| Plaintiff, ) | DATE: June 22, 2009 |
| ) | TIME: 9:00 am |
| v. ) | |
| ) | NOTICE OF MOTION AND MOTION |
| KYLE SEAN CHAPMAN (2), ) | FOR JUDGMENT ON DEFAULT |
| ) | |
| Defendant. ) | |

TO: W. SAMUEL HAMRICK, JR., CLERK OF THE COURT, AGENT FOR THE OBLIGORS; THE DEFENDANT, KYLE SEAN CHAPMAN, VIA HIS ATTORNEY, THOMAS WARWICK; AND THE SURETY, HANG LE LY, VIA HER ATTORNEY, THOMAS WARWICK:

PLEASE TAKE NOTICE that pursuant to Rule 46(f)(3)(A), Federal Rules of Criminal Procedure, plaintiff, United States of America, will bring a motion for judgment on default for hearing before this Court in the courtroom of the Honorable Roger T. Benitez, United States District Judge, United States Courthouse, 940 Front Street, San Diego, California, on June 22, 2009, at 9:00 am, or as soon thereafter as counsel can be heard.

The United States hereby moves this court to enter judgment against the above-named defendant and surety HANG LE LY, in the sum of $35,000, upon a bond, a copy of which is attached hereto as Exhibit 1.

1     The aforesaid bond was executed by defendant, and HANG LE LY, as
2  surety on or about August 15, 2008, in the sum of $35,000, conditioned
3  upon the defendant's appearance as set forth in the bond.
4     On February 9, 2009, the aforementioned bond was ordered
5  forfeited for the failure of defendant to comply with the conditions
6  thereof. [See Clerk's Docket Entry 45.]
7     This motion is based upon the pleadings, records, and proceedings
8  in this cause, together with these motion papers.
9     DATED: June 18, 2009.

                                    Respectfully submitted,

                                    KAREN P. HEWITT
                                    United States Attorney

                                    s/*Gregory F. Noonan*
                                    GREGORY F. NOONAN
                                    Assistant U.S. Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No.  08CR2531-BEN |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| KYLE SEAN CHAPMAN (2) | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Gregory F. Noonan, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the **Notice of Motion and Motion to For Judgement on Default** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1.   Thomas Warwick**, **Attorney to Defendant and Surety**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2009.

s/ *Gregory F. Noonan*
GREGORY F. NOONAN

2