FILED

09 AUG 25 PM 1:57

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

DUPLICATE

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS004544
Cashier ID: sramirez
Transaction Date: 08/25/2009
Payer Name: STY: HANG LY
----------------------------------
COMM REG MONEY MARKET
 For: CHAPMAN, KYLE SEAN
 Case/Party: D-CAS-3-08-CR-002531-002
 Amount:         $5,000.00
----------------------------------
CHECK
 Check/Money Order Num: 421519527
 Amt Tendered:  $5,000.00
----------------------------------
Total Due:      $5,000.00
Total Tendered: $5,000.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.