```
                                            FILED
                                        2009 SEP -1  PM 1:25

                                        CLERK US DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-CR-02531-BEN |
| Plaintiff, | **ORDER TO CLOSE INTEREST BEARING ACCOUNT AND DISBURSE FUNDS** |
| v. | |
| KYLE CHAPMAN, | |
| Defendant. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Clerk release the amount of $35,000, plus interest, from the interest bearing account in the above-entitled case to Haley Le Ly, 9502 Fermi Ave, San Diego, CA 92123.

**IT IS FURTHER ORDERED** that the Clerk is authorized to deduct 10% of the earned interest, as authorized by the Judicial Council of the United States.

**IT IS SO ORDERED.**

DATED: 8/01/09

HON. ROGER T. BENITEZ
Judge, U.S. District Court